IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TRACY MAXWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv757-MHT |
| | ) | (WO) |
| ALABAMA DEPARTMENT OF CORRECTIONS, Medical Unit, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff Tracy Maxwell filed this lawsuit asserting that he was denied medical care while incarcerated at Kilby Correctional Facility. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that Maxwell's claim against defendant Alabama Department of Corrections Medical Unit be dismissed with prejudice. Also before the court are Maxwell's objections to the recommendation. After an independent and de novo review of the record, the court concludes that Maxwell's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 11th day of October, 2018.

                                      /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**