IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TRACY MAXWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:18cv757-MHT |
| ) | (WO) |
| ALABAMA DEPARTMENT OF ) | |
| CORRECTIONS, Medical ) | |
| Unit, et al., ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Tracy Maxwell's objections (doc. no. 9) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 6) is adopted.

(3) Plaintiff Maxwell's claims against defendant Alabama Department of Corrections Medical Unit are dismissed with prejudice, and said defendant is terminated as a party. All claims against all other defendants remain pending.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 11th day of October, 2018.

                                           /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE