IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TRACY MAXWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv757-MHT |
| | ) | (WO) |
| NURSE ORR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit asserting that he was denied medical care while incarcerated at Kilby Correctional Facility. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion to dismiss defendant Nurse Orr be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 13th day of December, 2018.

                                  /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**