IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TRACY MAXWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:18cv757-MHT |
| ) | (WO) |
| NURSE ORR, et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 33) is adopted.

(2) The plaintiff's motion to dismiss (doc. no. 31) is granted.

(3) Plaintiff's claims against defendant Nurse Orr are dismissed with prejudice, and defendant Orr is terminated as a party to this action.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 13th day of December, 2018.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE