IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TRACY MAXWELL,              )
                            )
     Plaintiff,             )
                            )      CIVIL ACTION NO.
     v.                     )        2:18cv757-MHT
                            )            (WO)
DR. W. RAHMING [M.D.],      )
et al.,                     )
                            )
     Defendants.            )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit asserting that he was denied adequate medical care for chest pain and a heart blockage while incarcerated at Kilby Correctional Facility. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motions to dismiss be granted with prejudice to the extent they seek dismissal of this case due to plaintiff's failure to properly exhaust an institutional administrative remedy prior to filing suit. There are no objections to the recommendation. After an

independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 11th day of June, 2021.

                                 /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**