IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TRACY MAXWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:18cv757-MHT |
| ) | (WO) |
| DR. W. RAHMING [M.D.], ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 69) is adopted.

(2) Defendants' motions to dismiss (Doc. 27 and Doc. 34) are granted to the extent they seek dismissal of this case due to plaintiff's failure to properly exhaust an institutional administrative remedy prior to filing suit.

(3) Plaintiff's claims are dismissed with prejudice.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 11th day of June, 2021.**

                                            <u>/s/ Myron H. Thompson</u>
                                          **UNITED STATES DISTRICT JUDGE**